# UNITED STATES DISTRICT COURT

for the

__Middle__ District of __North Carolina__

_____ Division

Case No. 1:24CV1004

*(to be filled in by the Clerk's Office)*

Douglas Roy Symmes Jr
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Scotland Correctional / N.C. Dept. of Adult
Corrections & the 25 Listed
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Case 1:24-cv-01004-WO-JEP   Document 2   Filed 11/21/24   Page 1 of 44

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Douglas Roy Symmes Jr

All other names by which you have been known:

ID Number    0397985

Current Institution    Scotland Correctional

Address    22385 McGirts Bridge Rd.

Laurinburg    NC    28352

       *City*      *State*      *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Scotland Correctional/NC Dept of Adult Corrections

Job or Title *(if known)*

Shield Number

Employer

Address    22385 McGirts Bridge Rd

Laurinburg    NC    28352

       *City*      *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name    Todd E. Ishee

Job or Title *(if known)*    Secretary of Prisons

Shield Number

Employer    NC DAC

Address    831 W. Morgan St.

Raleigh    NC    27603-1659

       *City*      *State*      *Zip Code*

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name
Job or Title *(if known)*
Shield Number
Employer
Address

Brandashaw Harris
Chief Deputy Secretary

NCDAC
831 W. Morgan Rd.
Raleigh _____ NC _____ 27603-1659
        *City*        *State*        *Zip Code*

☒ Individual capacity  ☒ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Shield Number
Employer
Address

Stephen Jacobs
Was till 2023 Scotland Warden - Now South Central
                                    Reginal Director

NCDAC
180 Sandhill Drive, Bldg. A
Raeford _____ NC _____ 28376
        *City*        *State*        *Zip Code*

☒ Individual capacity  ☒ Official capacity

See Attachment for 5-26 Defendants

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim) Taje Monbo v. Lotty Nathan - 18cv5930(MKB)
Aug. 26, 2022 - Federal Civil Procedure - "In reviewing a pro se complaint, a court must be mindful that a plaintiffs pleading must be held to less stringent standards then formal pleadings

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what drafed by federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? "Lawyers."

Violations of Constit. Amends 1 - Legal Mail, Retaliation, 5 - Due Process, Access to the Courts, 8 - Cruel & Unusual Punishment, Harassment, Retaliation & Attempts To Manipulate, 14 - Due Process. Along with U.S. Postal Code "18 U.S. Code, Part 1, Chapter 83, 1702, Obstruction of Correspondence", Conspiracy, Perjury, Violations of "Oaths of Office" including as a Notary, Malfeasance & Corruption all done "Under the Color of Law" which all could BY Federal Courts Definition fall Under "Racktering Conspiracy".

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

Case 1:24-cv-01004-WO-JEP   Document 2   Filed 11/21/24   Page 3 of 44

B. The Defendant(s) -Continued-
   Suing under BOTH Individual & Official Capacties

4. Stephen Jacobs - Then Scotland Warden till 2023 / Now South Central Reginal Director -NCDAC- 180 Sandhill Drive, Bldg. A Raeford, NC, 28376

   Following Are At Scotland Correctional · 22385 McGirts Bridge Rd., Laurinburg

5. Michael Parsons -Warden Since Oct. 2023 -NCDAC-

6. Dean Locklear - Asst. Warden, #2 In Charge - NCDAC-

7. William L. Bullard - Facl. Asst. Admin., #3 In Charge - NCDAC-

8. Charlie Locklear -#4 In Charge - NCDAC-

9. Pamela Locklear - #5 In Charge - NCDAC-

10. -Female- Revels -Captain - NCDAC-

11. Tameka Smith -Tan 1 Unit Manager - NCDAC-

12. Misty S. Chavis -Was Tan 1 Asst. Unit Manager -NCDAC-

13. Johneysha Newton -Was Tan 1 Secretary -NCDAC-

14. Kimberly K. Locklear -Was Tan 1 Secretary -NCDAC-

15. Margaret B. Williford -Tan 1 Secretary -NCDAC

16. Cynthia Ann Lowery - Notary - NCDAC-

17. Kimberly D. Oxendine - Mailroom -NCDAC-

18. Christopher Adams - Mailroom -NCDAC-

19. Dakeela Dunlap - Mailroom -NCDAC-

20. Kristie M. Russell - Mailroom -NCDAC-

21. Jennifer Scott - Grievance Responder -NCDAC-

22. Ronnie A. Locklear - Grievance Responder -NCDAC-

   Following With The NC Inmate Grievance Resolution Board - Are Only Address I Have 4207 MSC, Raleigh 27699-4207

23. Angela M. Dellaripa - Appointed By The Governor

24. Patricia A. Alston - Appointed By The Governor

25. Wakenda Greene - Appointed By The Governor

26. Ina M. Hinton - Appointed By The Governor

& Letitia S. Owen - THEN Head Nurse - went AS FAR AS Changing my "No Climbing Restriction" Renewal Date from Nov. 30, 2021 to June 3, 2021 - See Document Labled "Retaliation Through Medical 490 Restrictions" #2,3,7,8 & 18 - which in Itself is a Violation of the NCDAC Policy & because I still wouldn't Indanger my Health, Safety & Well Being & Climb those stairs to Tan 2, I was placed in Restrictive Housing - which wasn't the only time this happened for this reason - & was there 5 Days with No Write Up & then was Falsely Written Up - See Document Labled "Retaliation Through Medical 490 Restrictions" #3, 7,8 - by Sgt. Wilbert Walker - was Sgt, now a Lt. - wherein Walker TRIPPED all over himself in his Add Comments AFTER my 6-4-2021 Original Statement - which was written the DAY AFTER I was taken to Restrictive Housing after Smith & Owen Misconduct - & Walkers Add Words PROVED that Walker committed Perjury on his Sworn DC 138B Witness Statement & YET was Still Found Guilty & was Upheld by Monica Bond in Raleigh in my Appeal EVEN THO I pointed the Stated Facts, Evidence to Back It Up & the FACT DHO Regina R. Hampton Violation of Prison Policy by NOT STAYING Neutral AS Policy Mandates! Also See the Document Labled "Indangerment" & "Cover Up of NCDAC Policy, Procedure a Perjury" of Further Conspiratorial Conduct, Threats of Protentional Indangerment, Perjury, Retaliation, Further Emotional Distress which have ALL been done "Under Color of Law" while wearing their Shinny Badges Proudly & Without FEAR of ANY Consequences or Reprocussions. So Changing &/or Deleting Content in the Prison's/NCDAC's Computer Systems - See Exhibits D & E, 15 & 28's 29 Attachments - which the Court can see in Exhibt 29 D/E & F - one out of MANY Examples - that Smith & Bullard are MORE THAN Knowingly & Willing to CAUSE & Allow to FURTHER CAUSE Physical Pain, Suffering & Emotional Distress/ Discomfort by Further Dening/Delaying me being Reissued those Light Weight

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. EACH Defendant HAS Directly Violated NCDAC Policy, Procedure, Oaths of Office, Laws & Constitution & HAVE also been part of Conspiratorail Misconduct, Turned A BlindEye, Attempted to Fraud & Cover Up Violations, Attempted to Silence & Manipulate me &/or HAVE Deleted/Removed Content out of the NCDAC Computer System & Defendant #11/Smith HAS atleast once Replaced a Step 1 Document with a FALSIFIED Doc, & HAS Attempted to bring HARM to me by sending another Inmate in to cause a Fight AS She has had that Inmate do in the past.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Substance, Facts, Truth & Evidence lies in WHAT IS, Not what people Say, Think or Believe in their Post/Pseudo Truth way!!

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Scotland Correctional - The Bases of this case falls between May 2022 & Present. Grievances concerning Violations of Notary Issues, 4860-2023-TIA-23006 - Legal Mail, 2023-TIA-23645, 2024-TIA-24718, 25094 - Personal Mail/Postal Code Vio., 2024-TIA-24666, 23546 - Shipping Bags Concerning Legal Contents, 2024-TIA-00502, 2023-TIA-23462 - Ignoring NCPLS Attorney/VA WCC Commissioner, 2024-TIA-24987, 2023-TIA-23645 - Carbon Paper for Legal Work 2022-TIA-18043 - Theft of Funds/Explaitation of Inmates, 2024-TIA-25305, 2023-TIA-00149 - Perjury/Fraudulent Actions Concerning Legal Documents, 2024-TIA-26511

C. What date and approximate time did the events giving rise to your claim(s) occur?

*The Base Grievances of this case fall between May 2022 to the Present*

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Grievance Exhibits 1,4,5,6,7,9,11,14,16,18,24,29,40, along with the Exhibit Attachments being sent with this paperwork which will also show the Court the Length of Time a Extent gone through a Attempts/Steps Taken to Attempt to Resolve these Issues/Violations before writting those Grievances or before Filing this Suit!

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. 1 - Delays in getting Court Responses a Power of Attorney Documents Notarized. 2 - Delays in Filing or Responding to Legal Matters because of Delays in Obtaining New Sheets of Carbon Paper. 3 - Violations of NCDAC Policies, including Indigent People sending Property Home a Also Shipping Bags Containing Legal Content, preventing me from Shipping to Attend a Program that Could later get me Closer to Home - been away 9 Years -. 4 - Legal Mail Not Making it Out of of the Scotland Corr. Mailroom. 5 - Delaying Legal Mail from Getting Out. 6 - The OPENING of Legal/HIPA Mail NOT in my Presents. 7 - Delays in Setting Up Webex Confience for Legal Hearing. 8 - Delays in Sending Medical Records to Commission Court. 9 - Preventing me from getting Legal Documents from Power of Attorney which has Delayed/Prevent the handling of Legal Matters. 10 - Cancelation of a Webex Confience concerning VA WCC case. These Mail Issues are Only Made Worse because of the FALSE PRETENTS of trying to STOP the DRUG Flow into the Prison which the Court can see ISN'T how the DRUGS ARE Getting In!!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Blue Ink is the Relief Requested. Orange Ink is the Exhibts a Exhibts Attachments. Black Ink is the Bases for that Relief Requested.

I request an Injunction for the following Things a Reasons. A Restraing Order for ALL Listed Scotland Correctional Employee's a Staff along with on Captain Ronald Covington a Transport Officers, Adams a Quick - BOTH Male - for the Protection of my Health, Safety a Well Being Mentally a Physically - See Document Labled "Indangerment" - by Scotland Corr. Employee's a by SRG Gang Members a Case Woods V. Covington, 3:18 cv 664, dated 6-21-2021 to see that HIS Threats AREN'T HOLLOW a for Protection of Legal Material/Documents - See Exhibts/Exhibt Attachments for 11 a 16 a Personal Property. For my Protection I request a Court Order that I be Shipped to Pender Correctional AS I was Supposed to have been on Feb. 29, 2024 - See Exhibt/ Exhibt Attachment for 11 - which was Canceled 3/4 HOURS BEFORE I was Scheduled to

— See Attachment —

Ship & Again Canceled on May 2, 2024 - See Exhibt/Exhibt Attachment for 41 - for NO TRUE or LEGIT NCDAC Policy, Procedure or Reason. But was for Retalitory Reasons over those 4 Bags of Legal Material/Documents they to Covertly Releave me of - See Exhibt 11 Rundown & Nealy Request Form - by Ordering Sgt. Pittman to NOT LIST any of those 4 Bags on the Property Sheet. Also see Exhibt 31 wherein 4 Days after - on July 14, 2019 - the Court informed Myself & Prison Officials that the Court would be moving forward in case 1:19cv24 Habea's case against NCDPS. Capt. Covington Repeatedly Threatened, Harassed, Retaliated & Attempted to Intimidate me, a Witness/Plaintiff which I repeatedly informed the Court, Eric Hooks - THEN Secretary of Prisons - & Clarence J. DelFord III - Special Deputy Attorney General - See Exhibt 31 Attachments - & nothing was ever done to STOP It. Not Even After I continued to Inform all with Details with Date, Time & Location for Video Footage - See Exhibts 25 & 34 along with their Attachments - Wherein OTHER Video Footage was Ignored, Perjury Overlooked/Covered Up & in Exhibts 38 & 39 wherein Personal Details/Information given that COULD NOT be Known IF what I had Stated was False & Yet was Still Ignored. - of this Misconduct me to by Capt. Covington & the Conspiratorial Conduct & Willful, Gross & Joint Deliberate Indifference/ Negligence causing Further Unnesseray Emotional Distress wherein MORE & MORE people joined in on the Conspiratorial & Unproffesional Conduct, including Medical Staff which continued EVEN AFTER March 2021 when I made my Medium Costudy & was moved to Tan 1 here at Scotland Corr. wherein Tan 1 Unit Manager Tameka Smith tryed to FORCE me EVEN WITH a "No Climbing Restriction" in place to move up to Tan 2 - Which is on the 2nd Floor & No Elavator Passes here - the VERY MOMENT I arrived on Tan 1 that day. Smith Attempted 2 more times & Further Escalated in her Misconduct & Violations TO THE POINT wherein Smith

Thin, Wrap Around Tinted Safety Glasses EVEN THO UNC Specialist Dr. Lee Shuping Medically Ordered that I BE Reissued those Sunglasses in DETAIL. See Exhibit 25 & 26 - & the Court will NOT ONLY see that those Sunglasses were taken for Retaliatory Reasons, that Perjury was Committed & was Covered Up EVEN THO the Stated Date, Time & Location of Video Footage would Prove All FACTS stated.

In the End Result/Judgement I request that the NC DAC be made to Enforce By The Letter ALL NCDAC Policies & Procedures AS Stated to Ensure that THESE Issues/Violation within the Bases of this Suit & SO MUCH MORE - including the FACT that Certain & Many SRG Gang Members are given the Power, Control & Without Fear of Consequences to do AS THEY WISH by Upper Management here at Scotland Corr., Tan 1 Unit Manager & Regular CO's - NEVER HAPPENS Again to Anyone elese - Including the Good CO's/NCDAC Employee's & Staff - & STOP the Violations & Retaliation through the Scotland Corr. Mailroom, Notary & Others concerning Legal/Personal Mail, Legal/Matters & Legal Material/Documents, ect, wherein Threats, Harassment, Delays & Attempts of Manipulation to FORCE us to GO ALONG & KEEP QUIET with the Malfeasance & Violation DONE "Under Color of Law".

Secondly I request that in Money Damages/Settlement/Judgement to be rewarded MORE THAN 30 Thousand $ PER Capacity For Each Defendant which can be done According to the "Klu Klux Klan Act of 1871" wherein Congress Clearly legislated HOW Offenders in Law Inforcement are to be Held Accountable. In "Pierson V. Ray, 386 US 547 (1967)" which Qualified Immunity only appled to Case where Officers accused of Violating Constitutional Rights were shield from liability IF their actions were BASED ON Split Second Decisions WHERE Life & Safety WERE in Issue. Also in "Stewart V. Aranas

& the Nevada's Southern Desert Correctional Center, case # 3:17cv132",
Denied Defendants of Qualified Immunity. Those BADGES & their Actions
"Under Color of Law" MAKE THEM concidered Law Inforcement & ARE
or being MADE TO APPEAR as Law Inforcement & AREN'T which makes
them Impersonating a Law Inforcement Officer which is a Felony!
     I request the Court for a Court Order in the Future SO THAT
I can have Copies Made - See Document Labled "Court Order or Attorney
Needed to Obtain Copy of Legal Mail/Personal Mail Logs" - & of Other
Evidence - Internal & External Communications such as Emails, Memo's &
Anything Elese with My Name Stated within - under the "Public Records Act (PRA),
R.C. 149.43" which will help See & Prove what mail DIDN'T make it out
& What was SAID/ORDERED by Who concerning Actions, Violations,
Retaliation, Write Ups, ect.
          Lastly I want the Court to KNOW that ALL this Writting sent &
at the moment unset to the Court has LITERALLY Caused Physical Pain &
Extended Time in putting all this togather because of my Medical
Spine/Neck/Nerve Damage down BOTH Arms issues that are Made
Worse the Longer I Write. But I Endured this Great Pain because I
Believe This Case is THAT Important & so HAD TO BE Endured to Attempt
to bring Redress, Relief & Justice against the Violators for my sake
& for Others!

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Scotland Correctional

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All Listed in Section IV-B

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Scotland Correctional

2.    What did you claim in your grievance?

All Listed in Section V

3.    What was the result, if any?

Gaslighted Responses, Cover Up, Retaliation & Further Conspiratorial Conduct

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appealed All to Step 3 - Then wrote further letters to the TOP 3 Heads of the NCDAC's - Letters/RF's to Wardens of Scotland Correctional & Others at Scotland Corrections - Letters to the NC Inmate Grievance Resolution Board Sitting Attorneys - Court Responses/Letters to the US District Court, MDNC - Letters to NC Prison Legal Services & Other Organizations when the NCDAC Polices, Procedures Laws & Constitional Rights & Guarantee's were Further Violated, Gaslighted, Covered Up &/or Ignored! Help, nor Redress came from ANYONE!

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *EACH Defendant BELIEVES they are Above The Laws & so they EACH Continue to Operate & Act with Impunity & Arrogance TO THE POINT that its not only WHAT they EACH do that makes them Dangerous, Reckless & Arrogant, but the FACT they EACH Believe & Feel JUSTIFIED in the Actions EACH do, because EACH thus far have YET faced ANY TYPE of Consequinences or Reprocussions for EACH of their Misconducts, Violations or Conspiratiol Actions & FEAR none because ALL Others have turned a Blind Eye to IT & All EVIDENCE Proving IT! All Im asking from the Court is Justice, TRUE JUSTICE for for myself, which will bring Relief & Redress Also for Others—Inmate & Good CO's – along with (see Attachment)*

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

## Attachment for V.II - G

Justice against ALL Listed Defendants who HAVE Willingly & Systemicly Refused to PROTECT US - Inmates & Good CO's - & Comply with NCDAC Policy, Procedure, Law & Constitution which has Deprived US of Rights, Guarantee's & Protections which Kaufman v. McCaughtry, 419 F.3d, 678, 685-86 (7th Cir. 2005) & Guajardo-Palma v. Martinson, 622 F.3d, 801 (7th Cir. 2010) & Other Federal Court Rulings state WE Have. Justice Delayed so far has become Justice Lost which has caused or allowed Further Conspiratorial Conduct - according to "Blacks Law Dictionary - 11th Edition 2019" & Federal Court Rulings Defining It -, Further Violations, Delays & Obstruction of Legal Proceedings which have ALL Bean Done "Under The Color of Law" while wearing their Nice Shining Badges in full display or in EACH of their own wording proving the Conspiratorial Conduct in ALL its Defined Forms, proving the Willing & Systamic Violations & the Steps EACH are Willing to take in Continuing to Further Violate, Turn A Blind Eye to & go AS FAR AS Retaliate, Deletetion of Legal Documents, Perjury, Harassment & Attempts of Manipulation & Threats of Harm which has brought on Further Emotional & Physical Distress, along with Attempts to Separate me FROM my Legal Documents AGAINST NCDAC/Scotland Correctional Employee's/Staff & Concerning Other Legal Cases - Street Charges, IRS, Workers Comp. Commission, ect - before the Court Already or Soon Will Be like THIS Case!

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.    Parties to the previous lawsuit

         Plaintiff(s) _____

         Defendant(s) _____

   2.    Court *(if federal court, name the district; if state court, name the county and State)*

         _____

   3.    Docket or index number

         _____

   4.    Name of Judge assigned to your case

         _____

   5.    Approximate date of filing lawsuit

         _____

   6.    Is the case still pending?

         ☐ Yes

         ☐ No

         If no, give the approximate date of disposition. _____

   7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

         _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Case 1:24-cv-01004-WO-JEP   Document 2   Filed 11/21/24   Page 15 of 44

☒ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)     Douglas Roy Symmes Jr

Defendant(s)    Eric Hooks - Secretary NCDPS

2.   Court *(if federal court, name the district; if state court, name the county and State)*

U.S. District Court - MDNC -

3.   Docket or index number

1:19 CV 24        Habea's Corpus - A10 Charge

4.   Name of Judge assigned to your case

Mag. / Judge Joi Elizabeth Peake

5.   Approximate date of filing lawsuit

Jan. 9, 2019

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition     Aug. 24, 2020

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

The judgement Was & Wasn't in my favor. The cases end when the Court was TOLD that the 30 Days Lost Gain Time was given back to me. But if the Court will look at the Document Labled "Lied To Court", then the Court will find Evidence that ONLY 20 Days were Returned, Not the 30 Days.

See Attachments

# Attachment for VIII - D

2 - Douglas Roy Symmes Jr   v.  Capt. Covington
   US District Court - MDNC -  1:20 cv 887        1983
   Mag./Judge  Joi Elizabeth  Peake
   Filed: Sept. 2020
   Ended: Sept. 2021  - Was told I had to Refill the case


3 - Douglas Roy Symmes Jr  V.  NC Dept. of Public Safety
   US District Court - MDNC -  1:22 cv 225        1983
   Mag./Judge  Joi Elizabeth  Peake
   Filed: 8-30-2022
   Ended: 2-16-2023 - Didn't Receive in the Mail till 3-7-23 because of the
                      Clerk of Courts delay in sending it out.
   Appealed: 3-24-2023   "Objection To The Magistrate Judge Order"
   Judge  William L. Osteen Jr
   Ended: 7-5-2024
   Appealed: 7, 2024
        Sent letter on 10-15-24 Requesting "Status" of Appeal to 4th Circuit


4 - Douglas Roy Symmes Jr   V.  NC Dept. of Public Safety
   NC Industrial Commission     TA-29039
   Special Deputy Commissioner Melissa Botiglione
   Filed: Dec. 4, 2020
   Stayed: Aug. 23, 2021   Pending Federal 1983

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *11-17-2024*

| | |
|---|---|
| Signature of Plaintiff | *Douglas R. Symmes Jr* |
| Printed Name of Plaintiff | *Douglas R. Symmes Jr* |
| Prison Identification # | *0397985* |
| Prison Address | *22385 McGirts Bridge Rd* |
| | *Laurinburg      NC      28352* |
| | *City      State      Zip Code* |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | *City      State      Zip Code* |
| Telephone Number | _____ |
| E-mail Address | _____ |

# EXHIBTS

RED - Lawsuit Bases
GREEN - Copies Needed Of

| | Grievance | Date Written | Grievance #4860- | # of Pages | Steps |
|---|---|---|---|---|---|
| 1 | Notary | 8-11-2024 | 2023-TIA-23006 | 6 | DC, 1-3 |
| 2 | Notary | 11-21-2019 | 2019-JPODC-12759 | 2 | 1-3 |
| 3 | Notary | 4-29-2021 | 2021-TIC-15405 | 1 | DC, 1 |
| 4 | Virgina Workers Comp. | 11-8-2023 | 2023-TIA-23645 | 4 | DC, 1 2-19-24 TOLD 12-8-24 Back Dated |
| 5 | VA WCC Mail Opened | 4-9-2024 | 2024-TIA-24718 | 1 | DC, 1 2 3 |
| 6 | Legal Mail Refused As Legal Mail | 5-19-2024 | 2024-TIA-25094 | 2 | NOT The Original DC, 1 Forward 2,3 |
| 7 | Indigent Stamps Mail | 4-2-2024 | 2024-TIA-24666 | 3 | DC 1 2 3 |
| 8 | Legal Mail | 5-15-2020 | 2020-JPODD-13324 | 2 | DC 123 |
| 9 | Postal Code Violations Mail | 10-29-2023 | 2023-TIA-23546 | 3 | DC 1 2 3 |
| 10 | Grievance Time Limit Violations | 2-8-2024 | 2024-TIA-00328 | 1 | DC 1-3 |
| 11 | Shipping/Shipping Bags - Retaliation | 3-3-2024 | 2024-TIA-00502 | 7 | Kimberly Locklear DC - Rejected |
| 12 | 00502 Rejection Locklear - 1st | 3-5-2024 | 2024-TIA-00583 | 1 | DC, 1-3 |
| 13 | 00502 Rejected Locklear - 2nd | 3-13-2024 | 2024-TIA-00663 | 1 | DC - Rejected |
| 14 | Ignoring Attorney Bex Kolins | 5-10-2024 | 2024-TIA-24987 | 3 | DC, 1-3 |
| 15 | Shipping Grievance Sent to Todd Ishee - 8-4-2024 Returned On - 8-21-2024 | | 2024-TIA-26184 | 3 | 9-9-24 DC, 1 9-11-24, 2 3 |
| 16 | Shipping Bags | 10-13-2023 | 2023-TIA-23462 | 3 | DC, 1-3 |
| 17 | Parsons/Smith Canceled Shipping - Falsehoods | 10-15-2024 | 2024-TIA-26516 | 4 | Margaret Williford DC - Rejected |
| 18 | Retaliation #9.15 Overcharge - Mail | 6-13-2024 | 2024-TIA-25305 | 1 | Kimberly Locklear DC - Rejected |
| 19 | Resumitted #9.15 | 6-26-2024 | 2024-TIA-25437 | 1 | Kimberly Locklear DC - Rejected |
| 20 | 25305/25437 Locklear | 7-2-2024 | Carbon Copy Sent To Warden Parsons | 3 | Ignored |
| 21 | #9.15 Sent To Ishee | 8-4-2024 Returned On 8-21-2024 | First One 2024-TIA-26185 | 2 | Margaret Williford DC - Rejected - False Claim |
| 22 | #9.15 - Ishee Williford | 8-28-2024 | 2024-TIA-26211 | 2 | Margaret Williford DC - Rejected - False Claim |
| 23 | #9.15 - 26211 - Rewrote PER Smith | 9-5-2024 | Second One 2024-TIA-26185 | 2 | DC, 1-3 |
| 24 | Over Charging Trust Fund/Medical | 1-24-2023 | 2023-TIA-00149 | 3 | DC, 1-3 |

# EXHIBITS

The Following Are Examples of Willful & Systmic Acts of Retaliation, Perjury, Threats, Indangerment & Cover Up of Violations Grievances

| | Grievance | Date Written | Grievance #486D– | # Of Pages | Steps |
|---|---|---|---|---|---|
| 25 | Adam/Quick Retaliation Key/Sunglasses | 4-25-2024 | 2024-TIA-24904 | 2 | DC, 1-3 |
| 26 | Adam/Quick Perjury 24904 Bullard/Dellaripe | 7-4-2024 | 2024-TIA-25573 | 3 | Cynthia A. Lowery DC-Rejected |
| 27 | Key/Sunglasses/Perjury Sent to Ishee | 8-4-2024 Returned 8-21-2024 | 2024-TIA-26186 | 3 | Margaret Williford DC-Rejected-Vio. |
| 28 | Key/Sunglasses Ishee/Williford | 8-28-2024 | 2024-TIA-26243 | 3 | 9-24-24 10-3-24 DC 1,2 10-9-24 3 |
| 29 | Forced Outside - Still No Sunglasses | 10-8-2024 | 2024-TIA-26511 | 4 | 10-5-24 Deleted DC,1 Refused, 2 3 |
| 30 | Williford/Locklear Step Copy Issues | 10-15-2024 | 2024-TIA-26572 | 4 | DC, 1-3 |

Would have Prevent Further 26511 Step1 - 26243 Step2's - 26184 Step 1's - 25094 Step1

& 24904 Step 1 Responses Deleted

| | | | | | |
|---|---|---|---|---|---|
| 31 | Capt. Covington -Threating Harm To Witness | 8-1-2019 | 2019-JPODC-11439 | 7 | DC, 1-3 |
| 32 | NCDAC Violations/Cover Up Threat Of Harm | 8-4-2022 | 2022-TIA-19268 | 2 | Sherry S. Townsend DC-Rejected-Vio |
| 33 | NCDAC Violations/CoverUp/Reject of 19151 - Threat Of Harm | 8-20-2022 | 2022-TIA-19534 | 2 | Sherry S. Townsend DC-Rejected-Vio |
| 34 | D. Locklear/AD/Bass Timmons Violations/Threat | 9-22-2022 | 2022-TIA-19535 | 6 | Time Limit DC, 1-3 Violations |
| 35 | Locklear/AD/Bass/Timmons Perjury/Cover Up | 2-20-2023 | 2023-TIA-00290 | 11 | Sherry L. Locklear DC-Rejected-Vio |
| 36 | AD/Timmons/Locklear Pejury/Cover Up | 2-28-2023 | 2023-TIA-00315 | 3 | Sherry S. Townsend DC-Rejected-Vio |
| 37 | Reject Violation/Cover Up | 6-6-2023 | 2023-TIA-22595 | 2 | DC, 1-3 Further Vio's & Written |
| 38 | Transport Violations | 6-16-2023 | Carbon Copy 2023-TIA-22612 | 5 | DC, 1 |
| 39 | Transport Violations | 12-6-2023 | Carbon Copy 2023-TIA-23917 | 4 | Written DC 1-3 |
| 40 | Legal - Carbon Paper | 5-3-2022 | 2022-TIA-18043 | 1 | DC, 1-3 |
| 41 | Unjustified Canceled Transfers/Backlogs/Perjury | 10-22-2024 | 2024-TIA-26596 | 4 | Sherry L. Locklear DC-Rejected-False Claim |
| 42 | False Claim Rejection of 26596 - Locklear | Sent To Capt Gause 10-24-2024 | | | |
| 43 | Hatcher-Falsely Rejection of Grievance | 5-18-2021 | 2021-TIC-15474 | | Admits DC 1 Wrong 2 3 |

# For – Exhibt Attachments

1. RED Ink – Sent With 1983 Paperwork
2. GREEN Ink – Copies Needed Of
3. RF – Request Form
4. CC – Carbon Copy
5. VA WCC – Virgina Workers Comp. Commission
6. NSF/O – Not Signed For/Opened
7. SF/UN – Signed For/Unopened

## Exhibt Attachments List

Exhibt

1 – Notary
4 – VA Workers Comp. Commission – 2 Pages
5 – VA WCC Opened Mail
7 – Mail/Indigent Stamps
8 – Legal Mail
9 – Mail – Postal Code Violations – 2 Pages
10 – Grivance Time Violations
11 – Shipping/Shipping Bags Retaliation – 2 Pages
14 – Top 4 at Scotland Corr. Ignoring Attorney Bex Kolins – with #11
15 – Shipping Grievance Sent To Ishee – with #11
16 – Shipping Bags
18 – #9,15 Retaliation/Theft of Funds – 2 Pages
21 – #9,15 Retaliation/Theft of Funds Sent To Ishee
24 – Medical Exploiting/Extortion of Inmates
27 – Key/Sunglasses/Perjury Sent To Todd Ishee

28- Key/Sunglasses/Ishee/Williford
29- Forced Outside/Still No Sunglasses
30- Step Copies Being Repeatedly Requested
31- Capt. Covington Intimidation of a Witness
34- Locklear/AD/Bass/Timmons Misconduct/Perjury
40- Legal Carbon Paper  - 2 Pages
41- Retaliation By Canceling Transfers & Approved Transfer Requests
42- False Claims Rejection - Sherry L. Locklear - Sent To Captain Yoland
                                                                    Gause

## Other Attachments Labled

1- Other Evidence
2- Cover Up of NCDAC Policy, Procedure & Perjury  - 2 Pages
3- Proof that Grievance Steps are Legal Documents - with #2
4- Court Order or Attorney Needed to Obtain Copy of Legal Mail/Personal
                                                              Mail Logs
5- The Court Has Been Lied To By Prison & Attorney General Representatives
                                           In The Past - with #4
6- Power of Attorney  - with #4
7- Indangerment       - 2 Pages
8- Retaliation Through Medical 490 Restrictions
9- Legal Mail/HIPA Mail/Personal Mail Issues  - 4 Pages

11-1  Property Sheet   2-28-2024  Of my Property I was shipping WITH - NOT ALL
Property Listed, Including NONE Concerning Legal Documents.
See Exhibt Attachment 11-16 -vs- 11-1  Property Sheet

11-2  RF/CC to Warden Parsons  2-29-2024  Issues Concerning Not Shipping & about
Clear According Folders to Protect Legal Documents. Ignored

11-3  RF/CC to RN Gabriel  2-29-2024  Requesting Medical REASON WHY I was
Prevented from shipping. Ignored

11-4  RF to kimberly Locklear  2-29-2024  with Response from Locklear

11-5  RF/CC to kimberly Locklear  2-29-2024  Requesting 2 Large USPS Boxs to Send
property home

11-6  RF to Case Manager C. Taylor  2-29-2024  Concerning the Reason for Cancelation
~~HRSH~~   of my Shipping - Taylor's Response

11-7  RF/CC To  Tan 1 Asst. Unit Manager  Esholia Nealy  2-29-2024  With the List of Active Cases & Case #'s

11-8  CC of Letter To ACLU of NC  3-2-2024  Trying To Get Help - 5 pages

11-9  RF to Taylor  3-8-2024  Response to Taylor's Response on RF 2-29-24 -Taylors Response

11-10  RF/CC to Rebecca Bagwell  3-14-2024  Questions about Taylors Response &
~~HRSH~~ Reasons given

11-11  RF/CC to Bagwell  3-30-2024  Resent 3-14-24 RF Questions

11-12  RF/CC to Bagwell  4-14-2024  WHY No Response after Verbailly telling me
she would get back with me

11-13  RF to Taylor  4-17-2024  Asking for Backlog #, Name & Address for Person
over Dog Program at Pender - Response from Taylor

11-14  RF/CC to Bagwell  4-18-2024  Concerning answers to WHY I didn't ship &
WHAT was Listed As Why

11-15  RF/CC to Taylor  4-23-2024  Concerning a Transfer Request Form -vs- her stating I was Already on Backlog

11-16 Property Sheet  6-6-2024  Property Sent Home -vs- 11-1 Property Sheet
11-17 7 Page Rundown on WHAT was SAID & HAPPENED that Night/Early
Morning.

1 - EXHIBT 14  Top 4 at Scotland Corr. Ignoring Attorney Bex Kolins

ATTACHMENTS

4860-2024-TIA-24987

14-1 From Attorney Bex Kolins  4-10-2024  Concerning him Repeatedly Calling
for 3 Days a No Call Backs

14-2 RF/CC to Smith  5-29-2024  Concerning 24987 being PAST the 15 Day
Deadline

2 - EXHIBT 15  Shipping Grievance Sent to Todd Ishee

4860-2024-TIA-26184

15-1 Letter to Todd Ishee  8-4-2024  Concerning the 3 Grievances sent with
this letter - this being 1 of those 3 - Received Stamped

# EXHIBT 16   Shipping Bags   ATTACHMENTS
## 486D-2023-TIA-23462

16-1 Property Sheet 9-25-2023  When I Attempted to send property home
            PER Chapter G.0208(b) - Denied
16-2 Letter to Warden Parsons  10-27-2023 Concerning 23462 Violations,
            also Concerning 23006 & 23645 - 4 Pages - Ignored
16-3 RF/CC to Smith  10-31-2023  Requesting Copy of Step 1 - Ignored
16-4 RF/CC to Smith  11-8-2023  Requesting Copy of Step 1 #2 - Ignored
16-5 RFCC to Bush - Red Unit - 11-28-2023 For Copies of the Step 1 & 2 - Respomed
            Back by Townsend.

28-1 The Step 3 Response by Wakenda Greene states, "... Its against policy for Offender to try to circumvent the grievance process. Grievance must start at the facility & follow the process through all steps."

Chapter G.0303 -Reprisals (b) states, "If an inmate believes that a reprisal has occurred, a grievance describing the reprisal action may be submitted or the inmate may submit written comments to the Secretary of Adult Correction."

Which that would be Todd E. Ishee which is WHO I sent that grievance to originally & along with my letter was sent back. The Court can SEE HOW this type & other grievances are handled - Rejected or Gaslighted Response or Turn A Blind Eye to - & HOW Scotland Correctional Employee's ARE the one's CIRCUMVENT NCDAC Policy & Procedure, Law & Constitution all the time & when stated in a Grievance, its Rejected or Gaslighted the same AS ones Proving Perjury on a "Legal Document" which Facl. Asst. Admin. William L. Bullard ADMITS is a "Legal Document" in his Threating Step 2 Response for Grievance 4860-2024-TIA-26572 Response.

1. RF/CC    11-1-2022   Concerning Grievance 19535 being 13 Days *PAST the 15 Day* Deadline *Exhibt.34*

2 To IGRB    11-8-2022   Concerning Grievance 19535

3 RF/CC    11-25-2022   Concerning Grievance 19535

4 To IGRB    12-16-2022   Concerning Grievance 19535

5 IGRB Response   12-15-2022 / 12-22-2022   *Received On*   Which came AFTER I sent the 12-16-22 Letter

6 RF/CC    1-3-2023   Concerning Grievance 19535

7 To IGRB    1-6-2023   Concerning Grievance 19535 -2 Pages

8 RF/CC to Smith & Warden Jacobs 1-19-2023 Concerning 19535 - 5 Pages

9 IGRB Response   2-1-2023   Concerning Grievance 19535

10 RF/CC to Warden Jacobs 2-6-2023 Concerning himself & Smith ALLOWING the Cover Up of PEJURY by Facl. Asst. Admin. William Bullard & Tan 2 Asst. Unit Manager Christopher Locklear

**2** - Proof that Grievance Steps are Legal Documents

11 Grievance Step 2 Response for Exhibt.30 - Exhibt.30F states, "...when you write on the bottom of a response that issue is not addressed and in fact you are deliberately defacing and legal document..." The word in Red is the word that is typed in the response & not my error.

12 Exhibt 29 E, Step 1 Response being Willfully & Systemicly Deleted after being duly Signed, Dated & Appealed & then being Replaced with a FALSIFIED One which was duly Signed by Tan 1 Unit Manager Tameka Smith was Illegally done!

13 DC-138 D, Statement By Witness - which states at the bottom, "I have read the above statement and affirm that it is based on personal observation of the event described and that it is, to the best of my knowledge, a

true and accurate statement of fact." Which was Filled Out & Signed by the People Concerned in Exhibts 23, 24, 25, 29 & 34, 38, 39 & a Blind Eye was Turned when STATED FACTS proved this or STATED Place, Time of Video Footage proved this or SENT Documents to prove this.

So the Court will SEE that NCDAC/Scotland Correctional Staff da Willfully & Systemicly Comitt Perjury, do Give Gaslighted & Cover Up Responses & FEARLESSLY willing to Detete & even Replace Step Responses with Falsified Replacement. So what elese are the Willing to Delete or Replace to Cover Up Violations, Perjury or Other Illegal Misconduct!!

# Retaliation Through Medical 490 Restrictions

1. Medical Duty Sheet "490" 11-30-17 HAVE a "No Climbing Restriction" - Removed & Denied Till 3-31-2021

2. Medical Duty Sheet "490" 3-31-2021 ADDED "No Climbing Restriction"

3. Restrictive Housing Interm Procedure Form - Dated 6-4-2021 - 490 Illegally Changed

4. Notice To Offender - Dated 6-9-2021

5. NCDAC Offense & Disciplinary Report - Dated 6-11-2021

6. NCDAC Offense & Disciplinary Report - Dated 6-14-2021

7. NCDAC Record Of Hearing - Dated 6-14-2021

8. Appeal Statement sent to Todd E. Ishee - Dated 6-14-2021

9. Medical Duty Sheet "490" 6-21-2021 Removed "No Climbing Restriction"

10. Letter to Pamela Locklear #5 In Charge 6-22-2021 Concerning the "No Climbing Restriction" Violations - Ignored Was TOLD to write to by Case Manager

11. Letter to William Bullard Facl. Asst. Admin./#3 In Charge 6-22-2021 Concerning the "No Climbing Restriction" Violations - Ignored Was TOLD to write to by C.M.

12. 2nd Letter to P. Locklear 6-30-2021 Restating Last Letter - Still Ignored

13. 2nd Letter to W. Bullar 6-30-2021 Restating Last Letter - Still Ignored

14. ADA Form Application 7-10-2021

15. ADA DC-74D 7-22-2021 Denied - 2 Pages

16. RF/CC to Scotland Corr. Dr. Connie Locklear Jones 7-23-2021 Concerning the "No Climbing Restriction" Violation & now Denial - 4 Pages - Ignored

17. Appeal Response Dated 7-28-2021 Upholding & Ignoring Facts/Evidence

18. Medical Duty Sheet "490" 7-28-2021 ADDED BACK "No Climbing Restriction"

19. CC Letter to ADA Sopher Feaster 8-5-2021 ADA Denial & the "No Climbing Restriction" Violations - Ignored - 2 Pages

# Legal Mail / HIPA Mail / Personal Mail Issues

1. Dec. 10, 2020 - Virgina Workers Comp. Commission - VA WCC - Legal

2. Jan. 26, 2021    VA WCC - Legal

3. Jan. 28, 2021    Brain Injury Association of NC - HIPA

4. Jan. 29, 2021    VA WCC - Signed For/Unopened - SF/UN - Legal

5. March 10, 2021    Attorney Generals Office - Signed For/Opened Already - Noted on
   Signature Paper - Legal - Marked -    Still Have

6. March 15, 2021    Midkiff, Muncie & Ross, PC, Attorneys & Counsellors of Law - Signed
   For/Opened Already - Noted on Signature Paper - Legal - Still Have

7. March 18, 2021    Was told VA WCC wasn't Legal Mail

8. March 19, 2021    Eden Internal Medicine PLLC - Bright RED Letters state, "Personal
   & Confidential" - NSF/O - Still Have, can see was Cut Opened

9. April 16, 2021    Delayed in sending Clearly Marked Legal Mail - #1 to Midkiff,
   Muncie & Ross PC & #2 VA WCC - Had to find Stamps for

10. April 26, 2021   Tryed to send letter to Attorney Generals Office & Mailroom kept
    Sending back - April 22 & again on April 26. So again I had to find a stamp
    to send it out. But the Mailroom DID send the letter to the Industrial
    Commission on April 22, 2021!

11. July 1, 2021   Asked RedUnit Unit Manager Wanda Gerald to sign off on
    Legal Mail Brown Envelope - Wouldn't

12. July 2, 2021   Asked Red Unit Asst. Unit Manager Michelle Jones to Sign
    off on Legal Mail Brown Envelope - Tryed to get ME to sign envelope &
    send it to HER Opened - Said NO & the Violation it WAS to ask me
    to do so - Refused to do it afterwards.

13. July 3   Tryed Again with W. Gerald who Also tryed to get me to do
    the same as M. Jones. Stated Same - Gerald finally told CO to
    Inspect It, SEAL it/Sign it & that Gerald would Sign Afterwards.

14. July 19, 2021   Eden Internal Medicine PLLC – NSF/O – HIPA – Still Have, Can see cut with something sharp.

15. Nov. 16, 2021   VA WCC – NSF/O      Legal

16. Nov. 23, 2021   Eden Internal Medicine PLLC – NSF/O – HIPA

17. Dec. 13, 2021   VA WCC – SF/UN  –  Legal

18. Jan. 10, 2022   VA WCC – NSF/O  –  Legal

19. Jan. 11, 2022   UNC Health – NSF/O – HIPA

20. Jan 12, 2022   VA WCC – NSF/O  – Legal

21. Jan. 26, 2022   Mailroom sent back IRS Legal Mail stating I didn't have Indigent Stamps to Cover.

22. Feb. 11, 2022   VA WCC – NSF/O  – Legal

23. June 24, 2022   VA WCC – SF/UN – Legal

24. Feb. 28, 2023   Mailroom sent back Brown Envelope addressed to the US District Court – WDM – with "Post It Note" which is Included saying as the Court can see, "Only 3 Indigent Stamps Available, 5 Stamps Are needed to Mail out."

See part of the Brown Envelope in the tape. →

T1A-42
Only 3 Indigent Stamps Available
5 Stamps Are needed to mail out

The CON System doesn't show stamps for you at this time. You Must request your stamps from Canteen before we can mail. Make sure it is not a reprint receipt.
T1A-42

25. May 4, 2023   Mailroom sent back Personal Mail that Should Have went out on May 2, 2023 – Tag Included

26. May 10, 2023   Mailroom sent back 2 Letters - Personal - that Should Have went out on April 28, 2023. Said I DIDNT have any Indigent Stamps for them, but I DID. Retaliation

27. May 23, 2023   Got 3 Legal Mail Letters. Had to Sign For 2 & were Unopened. The 3rd was from the NC Dept. of Commerce & NSF/O

28. July 3, 2023   Got Brown Envelope from VA WCC - NSF/O - Sgt. Cynthia Adams printed out my Picture ID & Stated these FACTS under it & She & I Signed & dated it. Sgt. Adams sent this to the Mailroom.

29. July 17, 2023   IRS     NSF/O     Legal

30. Sept. 25, 2023   Brought Form to send a Large USPS Box with Religious Books & stuff home. Later I was Denied & brought back to me. This is a NCDAC Violation of Chapter 6.0208 (b) "...Indigent Offenders MAY HAVE items mailed through the Offender Walfare Fund..."

31. Oct. 31, 2023   Mailroom sent back 4 Personal Letters. 3 SHOULD have went out on Oct. 16, 2023 & the Other SHOULD have went out on Oct. 16, 2023. Further Retaliations & Games

32. Nov. 21, 2023   IRS - NSF/O     Legal

33. Jan. 3, 2024   3 Envelopes from IRS (1 White/2 Brown) NSF/O - Legal

34. Feb. 9, 2024   Got 2 letters from VA WCC - NSF/O - Legal

35. April 9, 2024   VA WCC - NSF/O - Legal

36. Oct 28, 2024   VA WCC - NSF/O - Legal

Before this list was started, all the rest were sent to the Court informing the Court of WHEN & WHEN NOT I had to Sign For Legal Mail. This is WHY Im also asking the Court to Court Order under "Public Records Act (PRA) R.C. 149.43" for a Copy of ALL Outgoing & Incoming Legal Mail Logs & Outgoing Personal Mail, including Indigent ones between Jan 2019 to Present.

37 Nov. 13, 2024  Got Brown Envelope from IRS - NSF/O - with ONLY
the IRS Content Sheet within, but NOT the 2021 IRS Forms
that were within.

38 RF to Mailroom  11-13-2024  Requesting that those IRS Forms be
Returned & the FACT that they HAD NOT fallen out into the
Tan 1 Unit Mail Basket according to CO Gabriel & Sgt. Cynthia
Adams.  Mailroom Response - "The Mail room DOES NOT Remove
mail from the envelope we Just Check it." Well the IRS Content
Sheet states those form WERE in the envelope, but once I got the
envelope, they WERE NOT. IF they had fallen out, then the envelope
WOULD HAVE been empty. This is WHAT HAPPENS when Legal
Mail is Illegally Opened!!

4860-2023-TIA-23006

Page 1 of 6

DC–410 (Rev. 02/22)

Retaliation & Violations of Policy, Law & Constitution
Carbon Copy Made

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Douglas Symmes

Offender #: 0397985

Location: Scotland

Date: 8-11-2023

Grievance Statement: This grievances is against Cynthia Ann Lowery -Notary- Charlie Locklear - Acting Warden - Mister S. Chavis - Tan 1 Asst Unit Manager - Tahneysha Newton - Tan 1 Secretary who is suppose to be our Notary - Todd E. Ishee - Secretary of Prisons - & Brandeshaw Harris - NCDPS Commissioner -. From May 9th to June 7th 2023 No Notary Came. On June 8th 2023 Green Unit Secretary Cynthia Lowery came to Tan 1 to do Notaries & When I tryed to get my Power of Attorney papers Notarized, Lowery stated the following which was stated within a Request Form thats dated June 8th, 2023, addressed to Acting Warden -sense May - Charlie

What remedy would resolve your grievance?: Locklear which said "Green Unit Secretary Cynthia Lowery states that YOU Charlie Locklear SAY that IF I have NO ADDRESS" within my Power of Attorney for my P.O.A's then Lowery CAN'T Notarize my LEGAL PAPERS #1- Lowery's ONLY JOB as A Notary is she's Notarizing that THAT is MY NAME on

Offender Signature: Douglas R. Symmes {S}

| OFFICIAL USE | | |
|---|---|---|
| 8-14-23 | Tamika Smith | STN06 |

Date received: ___ / ___ / ___

_____
Receiving Officer Signature

_____
Staff ID

Facility #: _____    Year: _____    Housing #: _____    Sequence #: _____
4860                          23                          TIA42

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
### PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Douglas Symmes

Offender #: 0397985

Location: Scotland

Date: 8-11-2023

Grievance Statement: the Legal Papers a that THAT'S ME who's signing these Legal Papers a EVERYTHING ABOVE the NOTARY section is LEGALLY NONE of Lowerys bussness. It is ILLEGAL for Lowery to READ or TAKE NOTES of what is WITHIN my Legal Papers JUST LIKE its ILLEGAL for the Prison to OPEN a or READ ANY Legal Mail COMING IN/or GOING OUT But Yet Lowery BELIEVES a ACTS AS IF she is Exempt from THIS LAW/they a Constitutional Violation which is MADE WORSE IF YOU are telling Lowery to do so a goes ALONG with it cause Lowery KNOWS or SHOULD KNOW being a Notary that those Actions are ILLEGAL! Then Lowery stated that YOU TOLD HER to ask me to ALLOW

What remedy would resolve your grievance?: HER to BRING YOU a COPY so that YOU could READ over them BEFORE YOU ALLOWED her to NOTARIZE my Legal Papers. Is This True? IF so YOU a Lowery are Violating the Law PREVENTING ME from getting LEGAL MATTERS handled a is SUEABLE!! PLEASE STOP Violating the Law a Delaying me

Offender Signature: Douglas P. Symmes [signature]

---

### OFFICIAL USE

Date received: ____/____/____

_____
Receiving Officer Signature

_____
Staff ID

Facility #: _____     Year: _____     Housing #: _____     Sequence #: _____

Distribution: White - Facility Copy; Pink - Offender Copy

Exhibt 1C

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
### ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Douglas Symmes

Offender #: 0397985

Location: Scotland

Date: 8-11-2023

Grievance Statement: Unit Manager Tomeka Smith on May 25th, 2023 in her office !! PLEASE !! "I was IGNORED. NO NOTARY came on June 15th or 16th, 2023. June 21st 2023, Asked Sgt. Wiley if he could get Blue Unit Secretary/Notary Mrs. Hall to come. 4:42 PM Lowery came & stated the same thing. June 22nd, 2023 I asked Sgt. Wiley again about Mrs. Hall. June 26th I asked my Case Manager about help over the Notary issue & talking to Mrs. Hall for me. June 27th 2023, Case Manager said she was going over to Blue Unit shortly & would speak to Mrs. Hall. June 28th 2023, Again Lowery came & stated the same, so I asked for O.I.C. Capt. Covington & Asst. Unit Manager Misty Chavis came out of her

What remedy would resolve your grievance?: Office area & Stated that Lowery was the Notary & Knew the Law & if Lowery says she can't or won't Notarize my Legal Papers, then she wouldn't force her to do so & If I didn't like it, then Write A Grievance. Tan 1 Secretary Johneysha Newton who is SUPPOSE to be a Notary to be our Secretary is NOT a

Offender Signature: Douglas R. Symmes

---

### OFFICIAL USE

Date received: 8/14/23

Receiving Officer Signature: Tomeka Smith

Staff ID: STNOC

Facility #: 4860    Year: 23    Housing #: TA-42    Sequence #: 23 0060

Distribution: White - Facility Copy; Pink - Offender Copy

Exhibt 1 D

Page 5 of 6

DC–410 (Rev. 02/22)

**NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY**
**PRISONS**
**ADMINISTRATIVE REMEDY PROCEDURE**

Offender Name: Douglas Symmes                    Offender #: D397985

Location: Scotland                    Date: 8-11-2023

Grievance Statement: goes along with Lowery's Violations of Law, Policy & Constitution. July 5th, 2023 I again asked Sgt. Wiley it he'd get me infront of Mrs. Hall & Sgt. Wiley said, "Your not getting me caught up in all thats going on," which I stated within the 8 page Grievance over Retaliation that was sent to Secretary of Prisons Todd E. Ishee & a Carbon Copy was sent to NC Secretary of State Eline F. Marshall - because of the Notary Issues - dated July 7th, 2023 along with a Carbon Copy of the Request Form sent to Acting Warden Charlie Locklear, It was stamped Received by Ishee's Office on July 13th, 2023 & then stamped Received by NCDPS Commissioners Office - Brandashaw Harris -

What remedy would resolve your grievance?: on July 17th, 2023 which I got ALL OF IT BACK on July 26th, 2023 with NO Responce Letter, Nor Issue Dealt With! July 13th, 2023, NO Notary Came. July 18th, 2023, Lowery came, same stated, same for July 21st, 2023 also. July 27th & Aug. 3rd, No Notary came, Nor did one come on Aug.

Offender Signature: Douglas R. Symmes

═══════════════════════════════════════

**OFFICIAL USE**

Date received: 8/14/23          Tanoka Smith          51106
                              Receiving Officer Signature          Staff ID

Facility #: 4810     Year: 23     Housing #: 7/17-4/2     Sequence #: 330060

Distribution: White - Facility Copy; Pink - Offender Copy

Case 1:24-cv-01004-WO-JEP   Document 2   Filed 11/21/24   Page 38 of 44

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Douglas Symmes

Offender #: D397985

Location: Scotland

Date: 8-11-2023

Grievance Statement: In this matter OR IF Lowery is FALSELY stating YOU TOLD her to do these things, then PLEASE, inform Lowery She's BREAKING the LAW & Policy & STOP Delaying me with this LEGAL MATTER & Notarize these LEGAL PAPERS without FURTHER DELAY. PLEASE!! Just so you know, I've contacted NC Prison Legal Services over this matter & about the FACT this IS NOT the first time Lowery has done these things & when I wrote a Grievance over it Scotland & Grievance Board TURNED A BLIND EYE over the matter & Violations." Grievance # 4860-2019-JPODC-12759 written on 8-1-2019 "I KNOW MORE now than I did then & I KNOW LEGALLY what to do IF Higher Ups like yourself don't

What remedy would resolve your grievance?: put a STOP to these Violations of Law & Policy! This Retaliation against me in this matter, by Medical, by Tan 1 Unit Manager & others PLEASE need to STOP! PLEASE! IF the Warden & His people cant put a stop to it then PLEASE use my APPROVED TRANSFER to Caswell Prison which is the SAMETHING I said to Tan 1

Offender Signature: Douglas P. Symmes Jr.

---

## OFFICIAL USE

Date received: _____ / _____ / _____

_____
Receiving Officer Signature

_____
Staff ID

Facility #: _____     Year: _____     Housing #: _____     Sequence #: _____

Distribution: White - Facility Copy; Pink - Offender Copy

DC–410 (Rev. 02/22)

## NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY
## PRISONS
## ADMINISTRATIVE REMEDY PROCEDURE

Offender Name: Douglas Symmes

Offender #: 0397985

Location: Scotland

Date: 8-11-2023

Grievance Statement: 10th 2023.

REMEDY: That All listed faces Disciplinary Actions for their Violations set out by NCDPS/NCDAC Mandates. That Cynthia Ann Lowery loses her Notary Privileges before any Further Violations to Policy, Law & Constitution can occur. That our Ten 1 Secretary Johneysha Newton be made to Get her Notary Seal as Required for her to be a Unit

What remedy would resolve your grievance?: Secretary. Actions be taken to STOP ALL Further Violations of Policy, Law & Constitution along with All ACTS of Retaliation, Harassment, Prosecutorial Misconduct & DELAYS & PREVENT of get LEGAL MATTERS/PAPERWORK Notarized.

Offender Signature: Douglas R. Symmes #1

---

### OFFICIAL USE

Date received: ___/___/___

_____
Receiving Officer Signature

_____
Staff ID

Facility #: _____   Year: _____   Housing #: _____   Sequence #: _____

Distribution: White - Facility Copy; Pink - Offender Copy

Received on 8 22 2023
Exhibt 1 F

# North Carolina Department of Adult Correction

**NC** Department of Adult Correction
PROTECTION • INNOVATION
REHABILITATION

Roy Cooper, Governor

Todd E. Ishee, Secretary

## DC-410 Screening Response

**Regarding Grievance No.: 4860-2023-T1A--23006**
**Received: 08/14/2023**

**Inmate:** **SYMMES, DOUGLAS R - 0397985**
**Location:** **4860-SCOTLAND CI - T1A- 42**

The grievance you have submitted has been accepted and will begin a review process. A response will be sent within 15 calendar days of 08/17/2023.

| 08/17/2023 | TOWNSEND, SHERRY S. |
|---|---|
| *Date* | *Staff Electronic Signature* |

cc: CTS



**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV

An Equal Opportunity Employer

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

 **North Carolina Department of Adult Correction**

Roy Cooper, Governor                                          Todd E. Ishee, Secretary

### Step Two - Area/Complex/Institution Response

**Regarding Grievance No.: 4860-2023-T1A--23006**
**Received: 08/14/2023**

**Inmate:    SYMMES, DOUGLAS R - 0397985**
**Location: 4860-SCOTLAND CI - T1A- 42**

I agree with step one response no further action is recommended.

| | |
|---|---|
| 11/02/2023 | LOCKLEAR, DEAN |
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response          (B) ___✓ Appeal to Secretary, DAC (24-hour limit)

| | |
|---|---|
| 11-2-2023 | *Douglas R. Symmes Jr* |
| *Date* | *Inmate Signature* |

| | |
|---|---|
| *Date* | *Witness Signature(optional)* |

cc: CTS

**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

WWW.NCDPS.GOV



An Equal Opportunity Employer

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

*Exhibt 16*



**NC** Department of Adult Correction  North Carolina Department of Adult Correction

Roy Cooper, Governor

Todd E. Ishee, Secretary

## Step One - Unit Response

**Regarding Grievance No.: 4860-2023-T1A--23006**
**Received: 08/14/2023**

**Inmate:** **SYMMES, DOUGLAS R - 0397985**
**Location: 4860-SCOTLAND CI - T1A- 42**

A review of your grievance was conducted and revealed the following. After contacting Ms. Lowery in reference to this matter. It appears that there was information that had not been completed in the paperwork that you were requesting to be notarized. All documents should be completed before you ask for anything to be notarized. The only thing that should be not done is your signature. If you have this document completed, I am sure the notary will have no issues assisting you.

| 09/26/2023 | SCOTT, JENNIFER |
|---|---|
| *Date* | *Staff Electronic Signature* |

(A)_____ Agree with grievance response      (B) _✓_ Appeal to Step Two (24-hour limit)

9-26-2023                                  *Douglas R Symmes*
*Date*                                     *Inmate Signature*


_____            _____
*Date*                                     *Witness Signature (optional)*

*25 days PAST the 15 Day Deadline*

cc: CTS

**MAILING ADDRESS:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602

**OFFICE LOCATION:**
22385 MCGIRTS BRIDGE RD.
LAURINBURG, NC 28353-6602
Telephone: (910)844-3078
Fax: (910)844-3786

WWW.NCDPS.GOV



An Equal Opportunity Employer

*Exhibt 1 I*

State of North Carolina
Roy Cooper
Governor

Kimberly D. Grande
Executive Director

Members
David W. Addison, Esq.
Robert E. Campbell, Esq.
Phyllis S. Leary
Travis F. Ellis, Esq.
Carlton B. Joyner

**Step Three - Administrative Remedy Response**

**Inmate:** SYMMES,DOUGLAS R
**Inmate #:** 0397985
**Location:** 4860-SCOTLAND CI - T1A- 42
Courier # 14-85-02

**Tracking No:** 0000608222
**Unit Grievance No:** 4860-2023-T1A--23006
**Date Received:** 11/02/2023

Grievance Examiner: Findings and Disposition Order

This examiner has reviewed this grievance and the response by facility staff given in the Step 1 and/or Step 2 responses. My review of these responses reveals that prison staff have taken appropriate action to address and resolve the offender's concerns voiced in the grievance.

Regarding Notary Services, all documents should be completed before you ask for anything to be notarized. Everything should be ready and complete, the only thing that should be not done is your signature.

The offender has been appropriately advised regarding the concerns by prison staff and is encouraged to follow up on this issue as needed. The grievance is considered resolved by prison staff and is, therefore, dismissed.

11/07/2023
Date

DELLARIPA, ANGELA M
*Inmate Grievance Examiner Electronic Signature*

cc: CTS