IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOUGLAS ROY SYMMES, JR.,           )
                                   )
            Plaintiff,             )
                                   )
    v.                             )
                                   )
SCOTLAND CORRECTIONAL              )           1:24-cv-1004
INSTITUTION, TODD E. ISHEE,        )
BRANDASHAW HARRIS, STEPHEN         )
JACOBS, MICHAEL PARSONS,           )
DEAN LOCKLEAR, WILLIAM L.          )
BULLARD, CHARLIE LOCKLEAR,         )
PAMELA LOCKLEAR, FEMALE            )
REVELS, TAMEKA SMITH,              )
MISTY S. CHAVIS, JOHNEYSHA         )
NEWTON, KIMBERLY K. LOCKLEAR,      )
MARGARET B. WILLIFORD,             )
CYNTHIA ANN LOWERY, KIMBERLY       )
D. OXENDINE, CHRISTOPHER ADAMS,    )
DAKEELA DUNLAP, KRISTIE M.         )
RUSSELL, JENNIFER SCOTT,           )
RONNIE A. LOCKLEAR, ANGELA M.      )
DELLARIPA, PATRICIA A. ALSTON,     )
WAKENDA GREENE, INA M. HINTON,     )
                                   )
            Defendants.            )

**<u>ORDER</u>**

This matter is before the court for review of the Order and
Recommendation ("Recommendation") filed on October 8, 2025, by
the Magistrate Judge in accordance with 28 U.S.C. § 636(b).
(Doc. 10.) In the Recommendation, the Magistrate Judge
recommends dismissal of this action without prejudice. The
Recommendation was served on Plaintiff October 8, 2025. (Doc.

11.) Plaintiff filed timely objections, (Doc. 12), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . .[,] or recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has considered Plaintiff's arguments in his objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 10), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff filing a new Complaint in compliance with the guidance provided to him by the Court in its prior Orders.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 30th day of December, 2025.

_____
United States District Judge

- 2 -